118 A.3d 314

IN THE MATTER OF DAVID EUGENE ALBERTS
AN ATTORNEY AT LAW.

June 18, 2015.

## ORDER

The Disciplinary Review Board having recommended to the Court pursuant to *Rule* 1:20–12 (DRB 14–038), that **DAVID EUGENE ALBERTS,** who was admitted to the bar of this State in 1988, and who was transferred to disability inactive status on June 15, 2010, remain on disability inactive status;

And good cause appearing;

It is ORDERED that **DAVID EUGENE ALBERTS** remain on disability inactive status until the further Order of the Court;  and it is further

ORDERED that **DAVID EUGENE ALBERTS** continue to be restrained from practicing law during the period that he remains on disability inactive status and that he continue to comply with *Rule* 1:20–20 governing incapacitated attorneys.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 16th of June, 2015.